FILED

08/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0168

Robyn L. Weber, Esq.
Weber Law Firm
221 5th Avenue
Helena, MT 59601
Tel. (406) 449-4433
Robyn@weberlawhelena.com
Attorney for Petitioner/Appellee
KATIE MARIE THORNTON

FILED

AUG 2 0 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE SUPREME COURT OF THE

STATE OF MONTANA

| | |
|---|---|
| IN RE THE PARENTING PLAN FOR:<br><br>A.J.B., A Minor Child,<br><br>KATIE MARIE THORNTON,<br><br>        Petitioner/Appellee,<br><br>v.<br><br>GREGORY STEVEN BALLARD,<br><br>        Respondent/Appellant. | Cause No. DA 21-0168<br><br><br>**ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME** |

Upon motion of the Petitioner/Appellee, KATIE MARIE THORNTON, by and through her counsel of record, Robyn L. Weber, IT IS HEREBY ORDERED that the Petitioner/Appellee IS GRANTED an additional 30 days to prepare and file the Response Brief, up to and including **September 27, 2021.**

SO ORDERED this ____20th____ day of August, 2021.

_____
Clerk, Supreme Court

c:    Robyn Weber, Esq.
      Brian Miller, Esq.

ORIGINAL